NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

04-1334

EDWARD BRIAN ORTEGO

VERSUS

TIFFANY HARGROVE ORTEGO

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
THIRTY-THIRD JUDICIAL DISTRICT COURT
PARISH OF ALLEN, NO. C-2004-274
HONORABLE PATRICIA C. COLE, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

ELIZABETH A. PICKETT
JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of Oswald A. Decuir, Glenn B. Gremillion, and Elizabeth A. Pickett, Judges.

AFFIRMED.

John Craig Jones
Jones & Hill, LLC
Attorney at Law
131 Highway 165 South
Oakdale, LA 71463
(318) 335-1333
Counsel for Plaintiff/Appellee:
    Edward Brian Ortego

**Craig R. Hill**
**Attorney at Law**
**P. O. Box 1260**
**215 Sixth Avenue**
**Oberlin, LA 70655**
**(337) 639-2127**
**Counsel for Plaintiff/Appellee:**
  **Edward Brian Ortego**

**Gilbert J. Aucoin**
**Attorney at Law**
**153 S. Court Street**
**Ville Platte, LA 70586**
**(337) 363-2223**
**Counsel for Defendant/Appellant:**
  **Tiffany Hargrove Ortego**